■ HARRIET S. WOLF et al., Appellants, v. FOOD FAIR STORES, QUEENS, INC., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

## THIRD DEPARTMENT, SEPTEMBER, 1959

### (September 23, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HARRY BAREIKA, HARRY BAREIKA, INC., WALTER MOTOR TRUCK COMPANY and RAND-MACMURRAY, INC., Defendants.— Motion for bill of particulars granted in the respects specified by the moving party. Defendants' time to move in respect of the indictment is extended to 10 days from the service of the bill of particulars. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.

### (September 29, 1959)

■ ALLIED MATERIALS CORPORATION, Plaintiff, v. "JOHN DOE", as President of International Union of Operating Engineers, Local No. 106, et al., Defendants.— Motion to vacate that part of an order to show cause, granted ex parte, which restrained the defendants herein from picketing, granted. This decision is not to be interpreted as any indication of the views of this court as to the merits of the controversy involved. There appears to be a sharp issue of fact as to the number of nonsupervisory employees involved and in our judgment, this issue of fact, as well as any other issues of fact which may be involved, can only be resolved after a trial in the court below. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1959

### (September 11, 1959)

■ MARY A. LEOTTA, Individually and as Administratrix of the Estate of ALFRED R. LEOTTA, Deceased, Respondent, v. JOSEPH E. PLESSINGER et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ ELLEN AXTELL, Respondent, v. JOSEPH E. PLESSINGER et al., Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ VIDA AXTELL, Respondent, v. JOSEPH E. PLESSINGER et al., Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.